IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01458-MSK

AMERICAN AUTOMOBILE ASSOCIATION,

      Plaintiff,

v.

BASAD, INC., d/b/a AAA Locksmith, AAA Locksmith 24/7, AAA Lock and Key, AAA 24
Hour Locksmith, and A A A 24 Hour Locksmith,

      Defendant.

_____

## ORDER OF RECUSAL

_____

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to

28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her

recusal in this matter. In particular, for more than 20 years, the undersigned has been a member

of and received a wide variety of services from AAA Colorado. Ordinarily, such affiliation

would not be grounds for recusal. However, this matter may require a determination of the

strength of the Plaintiff's AAA trademarks among customers and the public, with regard to which

the undersigned has preformed views that may impact her ability to be impartial. Accordingly, it

is

      **ORDERED** that the undersigned judge hereby recuses herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately

adjust the "draw" of future cases.

      DATED this 29th day of June, 2009.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge