IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1458-JLK**

AMERICAN AUTOMOBILE ASSOCIATION,

      Plaintiff,

v.

BASAD, INC., d/b/a AAA Locksmith, AAA Locksmith 24 7
AAA Lock and Key, AAA 24 Hour Locksmith, and
A A A 24 Hour Locksmith**,**

      Defendants.

## **ORDER OF DISMISSAL**

Kane, J.

      Upon consideration of the Notice of Dismissal (doc. #9), filed July 13, 2009, it is

      **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

      Dated:  July 13, 2009.

                                               BY THE COURT:

                                               *S/John L. Kane*
                                               JOHN L. KANE, SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT